Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated, <br> Plaintiff, <br> vs. <br> GREWAL LAW; WEITZ & LUXENBERG, P.C.; ROB O'SULLIVAN, EAST WEST & BLUE LLC, OPALESCENT IT SOLUTIONS INC., MANOJ GUPTA, and DOES 1-10 inclusive and each of them, <br> Defendants. | Case No. <br><br> 2:20-cv-03674-CJC-MRW <br><br> **NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANTS GREWAL LAW AND WEITZ & LUXENBERG, P.C. ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANTS GREWAL LAW AND WEITZ & LUXENBERG, P.C. ONLY. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: December 27, 2020            **Law Offices of Todd M. Friedman, P.C.**

                                    By: s/ Adrian R. Bacon
                                        Adrian R. Bacon

Notice of Settlement - 1

# CERTIFICATE OF SERVICE

Filed electronically on December 27, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on December 27, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon Esq.<br>
Adrian R. Bacon