Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CUNNINGHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROB O'SULLIVAN, EAST WEST & BLUE LLC, OPALESCENT IT SOLUTIONS INC., and DOES 1-10 inclusive and each of them,<br><br>Defendants. | Case No. 2:20-cv-03674-SB-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OPALESCENT IT SOLUTIONS INC. WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses Defendant Opalescent IT Solutions Inc. without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this Defendant may be dismissed without prejudice and without an Order of the Court.

Notice of Voluntary Dismissal of Defendant Opalescent IT Solutions Inc.

- 1 -

1   RESPECTFULLY SUBMITTED this 5th day of April, 2021.

2
3                      By:    s/Todd M. Friedman
                              Todd M. Friedman, Esq.
4                             Law Offices of Todd M. Friedman, P.C.
5                                  Attorney for Plaintiff

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Voluntary Dismissal of Defendant Opalescent IT Solutions Inc.

- 2 -

Filed electronically on this 5th day of April, 2021, with:

United States District Court CM/ECF system

Honorable Stanley Blumenfeld, Jr
United States District Court
Central District of California

A copy sent via mail on this 5th day of April, 2021, to:

East West & Blue LLC
c/o Registered Agents Inc.
30 N. Gould St. Ste. R
Sheridan, WY 82801

East West & Blue LLC
c/o Incorp Services, Inc
3773 Howard Hughes Pkwy Ste 500S
Las Vegas, NV 89169

East West & Blue LLC
45706 Camino Rubi,
Temecula, CA, 92592

Opalescent IT Solutions Inc.
c/o Corporation Service Company
211 E 7th St Ste 620
Austin, TX 78701

Rob O'Sullivan
4125 Newman Blvd
Frisco, TX 75033

s/Todd Friedman
   TODD FRIEDMAN

Notice of Voluntary Dismissal of Defendant Opalescent IT Solutions Inc.