JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:20-cv-03674-SB (MRWx) | Date: | 4/7/2021 |
|---|---|---|---|

| Title: | *Craig Cunningham v. Grewall Law, et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER DISMISSING PARTIES WITHOUT PREJUDICE [DKT. NOS. 59, 60]

The Court has reviewed Plaintiff's notices of voluntary dismissal. (Dkt. Nos. 59, 60.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants EAST WEST & BLUE LLC and OPALESCENT IT SOLUTIONS INC. are hereby **DISMISSED without prejudice**.

   **IT IS SO ORDERED**.